UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 15, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Mag 06-0300 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SUKHWINDER SINGH, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sukhwinder Singh</u>, Case No. <u>Mag 06-0300 DAD</u>, Charge <u>Title 21 USC § 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

X  Bail Posted in the Sum of $ _100,000.00_

\_\_ Unsecured Appearance Bond

\_\_ Appearance Bond with 10% Deposit

\_\_ Appearance Bond with Surety

\_\_ Corporate Surety Bail Bond

X  (Other) _Secured by property and truck with pretrial services supervision on conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on _November 15, 2006_ at _2:10_ pm.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal